IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-00470-RAH-KFP |
| | ) |
| ENTERPRISE JANITORIAL & | ) |
| PAPER, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal with Prejudice*, (Doc. 15), filed on November 5, 2020, which comports with Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE, this 6th day of November, 2020.

                                              /s/ R. Austin Huffaker, Jr.
                                              R. AUSTIN HUFFAKER, JR.
                                              UNITED STATES DISTRICT JUDGE